**Order filed, June 12, 2012.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-12-00306-CV
_____

**HARVELLA JONES, Appellant**

**V.**

**VILLAGE OF TOWN CENTER OWNERS ASSOCIATION, INC., Appellee**

---

On Appeal from the 240th District Court
Fort Bend County, Texas
Trial Court Cause No. 11-DCV-192143

---

## ORDER

The reporter's record in this case was due May 25, 2012. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Elizabeth Wittu, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM